UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


GREATER NEW ORLEANS FAIR                         CIVIL ACTION
HOUSING ACTION CENTER, et al


VERSUS                                           NO:  06-7185-HGB-SS


ST. BERNARD PARISH, et al

### AMENDED REPORT AND RECOMMENDATION

On May 15, 2008, the undersigned issued a report and recommendation on the petition of the plaintiffs, Greater New Orleans Fair Housing Action Center ("GNO") and Wallace Rodrigue ("Rodrigue"), for an award of attorneys' fees and costs.  Rec. doc. 120.  The plaintiffs sought an award of attorneys' fees of $116,271.92 and costs of $7,500.00 for a total of $123,771.92.  The recommendation stated that fees and costs in the amount of $116,271.92 should be awarded.  This omitted plaintiffs' request for costs of $7,500.00.

Accordingly, IT IS RECOMMENDED that the petition of the plaintiffs, Greater New Orleans Fair Housing Action Center and Wallace Rodrigue, for an award of attorneys' fees and costs (Rec. doc. 108) be GRANTED and fees and costs in the amount of $123,771.92 be awarded.

### OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure

to object.  <u>Douglass v. USAA</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 22nd day of May, 2008.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**