UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-7185-HGB-SS** |
| **ST. BERNARD PARISH, et al** | |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of the plaintiffs, Greater New Orleans Fair Housing Action Center and Wallace Rodrigue, for an award of attorneys' fees and costs (Rec. doc. 108) is GRANTED and fees and costs in the amount of $123,771.92 are awarded.

New Orleans, Louisiana, this 17 day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE