UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, ET. AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   06-7185** |
| **ST. BERNARD PARISH, ET AL.** | **SECTION: "C" (1)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, (Rec. Doc. 381), and Defendant's Objections to the Report and Recommendation (Rec. Doc. 385), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Magistrate Judge's Report and Recommendation is detailed and well-reasoned and is not erroneous as a matter of law or otherwise erroneous.

Accordingly,

IT IS ORDERED that Defendant's Objections are OVERRULED. (Rec. Doc. 385).

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation is APPROVED and ADOPTED as the Court's opinion in this matter. (Rec. Doc. 381).

IT IS FURTHER ORDERED that Provident is awarded attorneys' fees and costs of $1,219,881.00.

New Orleans, Louisiana, this 8th day of November, 2010.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE