MINUTE ENTRY
BERRIGAN, J.
MARCH 4, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 06-7185 |
| ST. BERNARD PARISH, ET AL | SECTION: "C" |

### STATUS CONFERENCE

APPEARANCES:   John P. Relman, Katherine A. Gillespie and Morgan Williams, Counsel for the Plaintiffs
William Martin McGoey, J. Warren Gardner, Jr., Francis Mulhall and Mary Beth Meyer, Counsel for Defendants

COURT REPORTER:   Karen Ibos
COURTROOM DEPUTY:   Kimberly County

APPLICATION BY PROVIDENT REALTY ADVISORS, INC. AND GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER FOR TEMPORARY RESTRAINING ORDER (460)

**AFTER ARGUMENT: TAKEN UNDER SUBMISSION.  AN ORDER RULING ON THE MOTION WILL BE ISSUED TODAY.**

JS-10:  00:25