# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**GREATER NEW ORLEANS FAIR**            **CIVIL ACTION**
**HOUSING ACTION CENTER, et al**

**VERSUS**            **NO: 06-7185-HGB-SS**

**ST. BERNARD PARISH, et al**

## REPORT AND RECOMMENDATION

On December 13, 2011, the plaintiffs, Greater New Orleans Fair Housing Action Center ("GNO") and Provident Reality Advisors, Inc. ("Provident"), filed a motion for an award of damages, attorneys' fees and costs. Rec. doc. 919. On March 2, 2012, the plaintiffs filed an amended motion for an award of damages, attorneys' fees and costs which completely restates and replaces the December 13 motion. Rec. doc. 957. The parties are completing discovery and briefing on the amended motion.

## RECOMMENDATION

IT IS RECOMMENDED that the December 13 motion of the plaintiffs for an award of damages, attorneys' fees and costs (Rec. doc. 919) be DISMISSED as MOOT.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will

result from a failure to object. <u>Douglass v. USAA</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 4th day of June, 2012.

                                                        **SALLY SHUSHAN**
                                    **United States Magistrate Judge**