UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, et al** | CIVIL ACTION |
| **VERSUS** | NO: 06-7185-HGB-SS |
| **ST. BERNARD PARISH, et al** | |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the December 13, 2012 motion of the plaintiffs, Greater New Orleans Fair Housing Action Center and Provident Reality Advisors, Inc., for an award of damages, attorneys' fees and costs (Rec. doc. 919) is DISMISSED as MOOT.

New Orleans, Louisiana, this ___ day of June, 2012.

UNITED STATES DISTRICT JUDGE