UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, ET. AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-7185** |
| **ST. BERNARD PARISH, ET AL.** | **SECTION: "C" (1)** |

## ORDER

The Court has reviewed the Report and Recommendations, and has considered the objections filed by the defendant. Rec. Docs. 991 & 997. The Court finds the Report and Recommendations to be appropriate and reasonable and it is hereby adopted in full.

Accordingly,

IT IS ORDERED that defendants shall pay to the plaintiffs:

(1) attorneys' fees of $570,465.57;

(2) costs of $41,738.19; and

(3) damages for GNO of $12,950.00.

New Orleans, Louisiana, this 17th day of October, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE