UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, ET. AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-7185** |
| **ST. BERNARD PARISH, ET AL.** | **SECTION: "C" (1)** |

## ORDER AND REASONS

The Court, having considered the Report and Recommendation, the objections filed by the defendant, the response from Provident Realty Advisors, Inc., the record, and the applicable law, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Rec. Docs. 1007, 1011, 1015. The Magistrate Judge's Report and Recommendation is detailed, well-reasoned, appropriate, reasonable, and is not erroneous as a matter of law or otherwise.

Accordingly,

IT IS ORDERED that defendant's Objections are OVERRULED. Rec. Doc. 1011.

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation is APPROVED and ADOPTED as the Court's opinion in this matter. Rec. Doc. 1007.

IT IS FURTHER ORDERED that Provident is awarded damages of $138,750.23, consisting of damages for:

(A.) Lumber Storage of $13,135.02;

(B.) Cease and Desist Work Stoppages of $4,720.00;

(C.) Lack of Electric Meters of $39,381.61; and

(D.) Lost Rental Income of $81,513.60.

New Orleans, Louisiana, this 2nd day of January, 2012.

                                              HELEN G. BERRIGAN
                                              UNITED STATES DISTRICT JUDGE