UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER, ET. AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   06-7185** |
| **ST. BERNARD PARISH, ET AL.** | **SECTION: "C" (1)** |

## ORDER AND REASONS

The Court, having considered the Report and Recommendation, the objections filed by the defendant, the response from Provident Realty Advisors, Inc. and the Greater New Orleans Fair Housing Action Center, Inc. ("GNOFHAC"), the record, and the applicable law, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Rec. Docs. 1042, 1043, 1044.  The Magistrate Judge's Report and Recommendation is detailed, well-reasoned, appropriate, reasonable, and is not erroneous as a matter of law or otherwise. 28 U.S.C. § 636.

Accordingly,

IT IS ORDERED that defendant's Objections are OVERRULED. Rec. Doc. 1043.

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation is APPROVED and ADOPTED as the Court's opinion in this matter. Rec. Doc. 1042.

IT IS FURTHER ORDERED that the motion of GNOFHAC and Provident for attorneys' fees and costs relating to litigation of compensatory sanctions is GRANTED in PART and DENIED in PART. Rec. Doc. 1029.

IT IS FURTHER ORDERED that the Court awards:

    (a) $146,840.79 in attorneys' fees for Provident;

    (b) $ 563.55 in attorneys' fees for GNOFHAC; and

    (c) $940.13 in costs for Provident.

New Orleans, Louisiana, this 19th day of August, 2013.

                                      HELEN G. BERRIGAN  
                                      UNITED STATES DISTRICT JUDGE